

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00300-CR

Richard M. **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

# O R D E R

On February 24, 2014, we granted in part appellant's motion for extension of time to file his brief and ordered the brief to be filed March 20, 2014. Before that order could issue, appellant filed this third motion for extension of time. Appellant's motion is DENIED as moot.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court